*Pierce* for the plaintiffs; *M'Caleb* for the defendant.

---

### DURNFORD vs. PARKER & AL.

APPEAL from the court of the first district.

MARTIN, J. delivered the opinion of the court. The plaintiff states he purchased 4 lots of ground from E. Livingston's agent, for which he paid $1750, being induced thereto by the written promise of the defendants that the title to these lots should be ratified by the said Livingston, or his representative, within

If the vendor promised to procure a ratification of the vendee's title from a third peeson, it is no defence that the title is perfect and requires no ratification.

Eastern Dist·
May, 1828·

DURNFORD
vs.
PARKER &
AL.

nine months; and that in default thereof they should reimburse him the said sum of $1750, he assigning them all his rights to the lots.

That no ratification has been made, altho' the period be long since elapsed, and he has offered to cede to him all his rights in said lots, and they refuse, &c.

The defendants pleaded the general issue, and stated a number of facts, from which they concluded the plaintiff's title was complete, and required no ratification.

The court gave judgment that, on the plaintiff assigning to the defendants all his rights on the said lots, he receive, &c. The defendants appealed.

The record shews that the plaintiff fully proved the allegations in his petition.

Admitting the plaintiff's title, such as it is, to be perfectly good, yet, as he stipulated for, and the defendants agreed to refund him his purchase money, on his assigning all his rights in the lots to them, in case Livingston did not ratify his agent's act within nine months—as this ratification has not been obtained before the expiration of the time, nor since, the plaintiff is entitled to receive back his money, on assigning to the defendants all his rights in the lot.

It is therefore ordered, adjudged and decreed that the judgment of the district court be affirmed with costs.

Eastern Dist.
May, 1828.

DURNFORD
ve.
PARKER &
AL.

*Hennen* for the plaintiff—*Seghers* for the defendants.